Andrea Weiss Jeffries (SBN: 183408)
andrea.jeffries@wilmerhale.com
Rebecca Girolamo (SBN: 293422)
rebecca.girolamo@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone:  (213) 443-5300
Facsimile:   (213) 443-5400

Attorneys for Defendants
*Hasbro, Inc.* and *Hasbro Studios, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Landmark Entertainment Group, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>Hasbro, Inc., a Rhode Island corporation; Hasbro Studios, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | **DISCOVERY MATTER**<br><br>*Hon. Andrew J. Wistrich*<br><br>Case No. 2:14-cv-05539-CBM-AJW<br><br>**DEFENDANTS HASBRO, INC. AND HASBRO STUDIOS, LLC *EX PARTE* APPLICATION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO LANDMARK ENTERTAINMENT GROUP, LLC'S MOTION TO COMPEL** |

Defendants Hasbro, Inc. and Hasbro Studios, LLC (collectively, "Hasbro") respectfully request leave to file a 3-page Supplemental Memorandum to Landmark Entertainment Group, LLC's ("Landmark") Motion to Compel.  In accordance with Local Rule 7-19.1, Hasbro's counsel conferred with opposing counsel on July 15, 2015 at 11:30 a.m. regarding this application.  Adam Thurston, counsel for Plaintiffs, indicated that Landmark opposes Hasbro's *ex parte* application.

The contact information for Landmark's counsel is as follows: Drinker, Biddle & Reath, 1800 Century Park East, Suite 1500, Los Angeles, California 90067-1517, (310) 203-4000, email:  adam.thurston@dbr.com.

In the Joint Stipulation regarding the motion on June 12, 2015, Hasbro stated that it would produce many of the documents Landmark sought.  Hasbro has fulfilled that promise and produced more than 75,000 pages.  Hasbro seeks leave to file a 3-page Supplemental Memorandum responding to Landmark's Supplemental Memorandum and explaining what it has produced thus far.  Hasbro's proposed Supplemental Memorandum is attached as Exhibit A.

Dated: July 15, 2015                By: /s/ Rebecca Girolamo
                                           Rebecca Girolamo

                                    Attorney for Defendants
                                    *Hasbro, Inc.* and *Hasbro Studios, LLC*