Andrea Weiss Jeffries (SBN: 183408)
andrea.jeffries@wilmerhale.com
Rebecca Girolamo (SBN: 293422)
rebecca.girolamo@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

Attorneys for Defendants
*Hasbro, Inc.* and *Hasbro Studios, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Landmark Entertainment Group, LLC, a California limited liability company<br><br>Plaintiff,<br><br>vs.<br><br>Hasbro, Inc., a Rhode Island corporation; Hasbro Studios, LLC, a Delaware limited liability company; [and DOES 1 through 10, inclusive],<br><br>Defendants. | **DISCOVERY MATTER**<br><br>*Hon. Andrew J. Wistrich*<br><br>Case No. 2:14-cv-05539-CBM-AJW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS HASBRO, INC.'S AND HASBRO STUDIOS, LLC'S *EX PARTE* APPLICATION TO FILE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO LANDMARK ENTERTAINMENT GROUP, LLC'S MOTION TO COMPEL** |

# [PROPOSED] ORDER

The Court having read and considered Defendants Hasbro, Inc.'s and Hasbro Studios, LLC's *Ex Parte* Application For Leave To File Supplemental Memorandum In Opposition To Landmark Entertainment Group, LLC's Motion To Compel makes the following Order:

It is hereby ORDERED that:

1. Defendants' *Ex Parte* Application For Leave To File Supplemental Memorandum In Opposition To Landmark Entertainment Group, LLC's Motion To Compel is GRANTED; and

2. Defendants may file a Supplemental Memorandum In Opposition to Landmark Entertainment Group, LLC's Motion to Compel.

**IT IS SO ORDERED.**

Dated:_____            _____
                                Hon. Andrew J. Wistrich

-1-

[PROPOSED] ORDER
Case No. 2:14-cv-05539-CBM-AJW