Sheldon Eisenberg (SBN 100626)
sheldon.eisenberg@dbr.com
Adam J. Thurston (SBN 162636)
adam.thurston@dbr.com
Erin McCracken (SBN 244523)
erin.mccracken@dbr.com
**DRINKER BIDDLE & REATH LLP**
1800 Century Park East, Suite 1500
Los Angeles, California 90067-1517
Telephone: (310) 203-4000
Facsimile: (310) 229-1285

Attorneys for Plaintiff
Landmark Entertainment Group, LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANDMARK ENTERTAINMENT GROUP, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>HASBRO, INC., a Rhode Island corporation; HASBRO STUDIOS, LLC, a Delaware limited liability company; [and DOES 1 through 10, inclusive],<br><br>Defendants. | Case No. 2:14-cv-05539-CBM-AJW<br><br>**[DISCOVERY MATTER]**<br><br>*Hon. Andrew J. Wistrich*<br><br>**OPPOSITION TO DEFENDANTS'** ***EX PARTE*** **APPLICATION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO LANDMARK ENTERTAINMENT GROUP, LLC'S MOTION TO COMPEL**<br><br>Discovery Cut-Off: Sept. 30, 2015<br>Pre-Trial Conference: Jan. 5, 2016<br>Trial Date: Feb. 2, 2016 |

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

OPPOSITION TO *EX PARTE* APPLICATION
TO FILE SUPPL. MEMORANDUM      - 1 -      CASE NO. 2:14-cv-05539-CBM-AJW
81707147.1

1    Defendants' *ex parte* application should be denied.  A request to file an
2 untimely supplemental reply brief in opposition to a long pending discovery motion
3 scheduled for hearing in three business days does not come close to meeting the
4 strict requirements for obtaining *ex parte* relief.  This is especially true where, as
5 here, Defendants simply failed to file their reply brief permitted under Local Rule
6 37-2.3 (which was due July 6) after submission of the parties' Joint Stipulation.
7 *Mission Power Engineering Company v. Continental Casualty Company*, 883
8 F.Supp 488, 492 (C.D. Cal. 1995) ("it must be established that the moving party is
9 without fault in creating the crisis that requires ex parte relief, or that the crisis
10 occurred as a result of excusable neglect.")

11    Given the non-emergency nature of the relief sought and the lack of
12 irreparable prejudice to be avoided in this context, Defendants' application, not
13 supported by the required memorandum of points and authorities, does not even
14 purport to argue that there is good cause for such relief.  Moreover, Defendants
15 understandably do not address why the purported circumstance in which they find
16 themselves is not solely the fault of Defendants—given their unexplained prior
17 failure to file a reply and given their own eleventh hour production of tens of
18 thousands of documents only well after the filing of the motion to compel (and
19 seven months after the service of the underlying document request) that supposedly
20 provides the need for the supplemental memorandum.  As stated in *Mission Power*,
21 "'Ex parte applications are not intended to save the day for parties who have failed
22 to present requests when they should have…'" *Id.* at 493.

23    Finally, Defendants will incur no harm, much less drastic harm, if the
24 supplemental memorandum they wish to file is not allowed.  It consists largely of
25 unsworn factual assertions--concerning the supposed nature and quality of
26 Defendants' last minute dump of over 50,000 pages of material--which have no
27 evidentiary value and which are not subject to confirmation or refutation given the
28 volume of documents involved and the limited amount of time available before the

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

OPPOSITION TO EX PARTE APPLICATION
TO FILE SUPPL. MEMORANDUM        - 2 -        CASE NO. 2:14-cv-05539-CBM-AJW
81707147.1

hearing.  To the extent Defendants believe these points have any merit or relevance, they can raise them orally at the hearing on Monday.

                                                         Respectfully submitted,

Dated:  July 16, 2015               DRINKER BIDDLE & REATH LLP

                                                         By: */s/ Sheldon Eisenberg*
                                                            Sheldon Eisenberg
                                                            Adam J. Thurston

                                                         Attorneys for Plaintiff
                                                         Landmark Entertainment Group, LLC

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

OPPOSITION TO EX PARTE APPLICATION
TO FILE SUPPL. MEMORANDUM      - 3 -      CASE NO. 2:14-CV-05539-CBM-AJW
81707147.1