1  Andrea Weiss Jeffries (SBN: 183408)
   andrea.jeffries@wilmerhale.com
2  Rebecca Girolamo (SBN: 293422)
   rebecca.girolamo@wilmerhale.com
3  Wilmer Cutler Pickering Hale and Dorr LLP
   350 South Grand Avenue, Suite 2100
4  Los Angeles, CA 90071
   Telephone:   (213) 443-5300
5  Facsimile:    (213) 443-5400

6  Attorneys for Defendants
   *Hasbro, Inc.* and *Hasbro Studios, LLC*
7

8
                  **UNITED STATES DISTRICT COURT**
9
                  **CENTRAL DISTRICT OF CALIFORNIA**
10

11 | Landmark Entertainment Group, LLC, | **DISCOVERY MATTER**
   | a California limited liability company |
12 |                                    | *Hon. Andrew J. Wistrich*
   |             Plaintiff,              |
13 |                                    | Case No. CV 14-5539-CBM(AJWx)
   |         vs.                         |
14 | Hasbro, Inc., a Rhode Island        | **ORDER GRANTING
   | corporation; Hasbro Studios, LLC, a | DEFENDANTS HASBRO, INC.'S
15 | Delaware limited liability company; | AND HASBRO STUDIOS, LLC'S**
   | [and DOES 1 through 10, inclusive], | ***EX PARTE*** **APPLICATION TO
16 |                                    | FILE SUPPLEMENTAL
   |             Defendants.             | MEMORANDUM IN
17 |                                    | OPPOSITION TO LANDMARK
   |                                    | ENTERTAINMENT GROUP,
18 |                                    | LLC'S MOTION TO COMPEL**

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER
Case No. 2:14-cv-05539-CBM-AJW

**ORDER**

The Court having read and considered Defendants Hasbro, Inc.'s and Hasbro Studios, LLC's *Ex Parte* Application For Leave To File Supplemental Memorandum In Opposition To Landmark Entertainment Group, LLC's Motion To Compel makes the following Order:

It is hereby ORDERED that:

1. Defendants' *Ex Parte* Application For Leave To File Supplemental Memorandum In Opposition To Landmark Entertainment Group, LLC's Motion To Compel is GRANTED; and

2. Defendants may file a Supplemental Memorandum In Opposition to Landmark Entertainment Group, LLC's Motion to Compel.

**IT IS SO ORDERED.**

Dated:____7/16/2015_____     _____
                                Honorable Andrew J. Wistrich
                                United States Magistrate Judge

-1-

[PROPOSED] ORDER
Case No.  2:14-cv-05539-CBM-AJW