Name and address:

ANDREA WEISS JEFFRIES
WILMER CUTLER PICKERING HALE AND DORR LLP
350 SOUTH GRAND AVENUE, SUITE 2100
LOS ANGELES, CA 90071
213-443-5300 PHONE
213-443-5400 FAX

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANDMARK ENTERTAINMENT GROUP, LLC, a California limited liability company,  Plaintiff(s) <br><br> v. <br><br> HASBRO, INC., a Rhode Island corporation, HASBRO STUDIOS, LLC, a Delaware limited liability company; [and DOES 1 through 10, inclusive], Defendant(s). | CASE NUMBER <br><br> 2:14-cv-05539 <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

CULTICE, ROBERT D.                              of    WILMER CUTLER PICKERING HALE AND DORR LLP
_Applicant's Name (Last Name, First Name & Middle Initial)_     60 State Street
617-526-6021              617-526-5000                                Boston, MA 02109
_Telephone Number_        _Fax Number_

robert.cultice@wilmerhale.com                              _Firm Name & Address_
_E-Mail Address_

**for permission to appear and participate in this case on behalf of**

HASBRO, INC. and HASBRO STUDIOS, LLC

_Name(s) of Party(ies) Represented_       ☐ Plaintiff   ☒ Defendant   ☐ Other: _____

**and designating as Local Counsel**

ANDREA WEISS JEFFRIES                      of    WILMER CUTLER PICKERING HALE AND DORR LLP
_Designee's Name (Last Name, First Name & Middle Initial)_    350 So. Grand Avenue, Suite 2100
183408                    213-443-5300                              Los Angeles, CA 90071
_Designee's Cal. Bar Number_  _Telephone Number_

                          213-443-5400                              _Firm Name & Address_
                          _Fax Number_
                                                                    andrea.jeffries@wilmerhale.com
                                                                    _E-Mail Address_

**hereby ORDERS the Application be:**

☐ GRANTED.
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED, for failure to pay the required fee.

**Dated** _____

                                               U.S. District Judge/U.S. Magistrate Judge