UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.  CV 14-5539-CBM(AJWx)                           Date: July 20, 2015

Title:   LANDMARK ENTERTAINMENT GROUP, LLC VS. HASBRO, ET AL.

Present: The
 Honorable    ANDREW J. WISTRICH, U.S. MAGISTRATE JUDGE

| Ysela Benavides | CS 07-20-2015 | n/a |
|---|---|---|
| Deputy Clerk | Court Smart Recorder | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Adam Thurston | Andrea Jeffries |
|  | Rebecca Girolamo |

**Proceedings:**   PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS [#38]

Case called.  Counsel make their appearances.  Court questions counsel and listens to their responses. The parties are directed to confer on the pending motion and the Court goes into recess.

LATER AND ON THE RECORD;  The parties have come to an agreement and their agreement is placed on the record.

cc:  Parties

:  32

Initials of Preparer    yb