1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| LANDMARK ENTERTAINMENT GROUP, LLC, a California limited liability company, | Case No. 2:14-cv-05539-CBM-AJW |
|---|---|
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| HASBRO, INC., a Rhode Island corporation; HASBRO STUDIOS, LLC, a Delaware limited liability company; [and DOES 1 through 10, inclusive], | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff LANDMARK ENTERTAINMENT GROUP, LLC ("Landmark") and Defendants HASBRO, INC. and HASBRO STUDIOS, LLC (collectively, "Hasbro") file this Joint Stipulation of Dismissal With Prejudice, and stipulate as follows:

1. Landmark hereby dismisses with prejudice all claims asserted by Landmark in this action including all claims of the First Amended Complaint.

2. Each party will bear its own attorneys' fees and costs.

Dated:  November 17, 2015

Respectfully submitted,

| LANDMARK ENTERTAINMENT GROUP, LLC | HASBRO, INC. and HASBRO STUDIOS, LLC |
|---|---|
| By counsel: | By counsel: |
| */s/* Sheldon Eisenberg | */s/* Rebecca Girolamo |
| Sheldon Eisenberg (SBN 100626)<br>sheldon.eisenberg@dbr.com<br>Adam Thurston (SBN 162636)<br>adam.thurston@dbr.com<br>Erin McCracken (SBN 244523)<br>erin.mccracken@dbr.com<br>DRINKER BIDDLE & REATH, LLP<br>1800 Century Park East, Suite 1500<br>Los Angeles, CA 90067-1517<br>Tel.:  (310) 203-4000<br>Fax:  (310) 229-1285 | Andrea Weiss Jeffries (SBN 183408)*<br>andrea.jeffries@wilmerhale.com<br>Rebecca Girolamo (SBN 293422)<br>rebecca.girolamo@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>350 South Grand Avenue, Suite 2100<br>Los Angeles, CA 90071<br>Tel.:  (213) 443-5300<br>Fax:  (213) 443-5400 |

*Pursuant to Local Rule 5-4.3.4(a)(2)(i), this signatory attests that the other signatories listed, on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.