1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10  LANDMARK ENTERTAINMENT GROUP, LLC, a California limited liability company,<br>11<br>12           Plaintiff,<br>13       vs.<br>14  HASBRO, INC., a Rhode Island corporation; HASBRO STUDIOS, LLC, a Delaware limited liability company; [and DOES 1 through 10, inclusive],<br>15<br>16<br>17           Defendants. | Case No. 2:14-cv-05539-CBM-AJW<br><br>**[PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE** |

- 1 -

[PROPOSED] ORDER
Case No.  2:14-cv-05539-CBM-AJW

Based on the stipulation between the Parties, and good cause appearing, IT IS ORDERED that all claims asserted by LANDMARK ENTERTAINMENT GROUP, LLC, including all claims of the First Amended Complaint, are dismissed with prejudice.

Each Party shall bear its own attorneys' fees and costs.

Dated: _____       _____
                              Hon. Consuelo B. Marshall